IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. JUAN BACA, an Individual,<br><br>       Plaintiff,<br><br>v.<br><br>1. STATE FARM MUTUAL<br>AUTOMOBILE INSURANCE<br>COMPANY,<br><br>       Defendant. | No. CIV-2018-472<br><br>*Honorable Charles B. Goodwin* |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(ii), Plaintiff, Juan Baca, and Defendant, State Farm Mutual Automobile Insurance Company, jointly stipulate to the dismissal of this action with prejudice to future filing. Each party will bear their own costs and attorney's fees.

WHEREFORE, upon consideration, the parties hereto stipulate that this case filed on behalf of the Plaintiff against the named Defendant be dismissed with prejudice.

Respectfully submitted,

*(Signed by Filing Attorney with permission of Plaintiff's Attorneys)*

s/*Rick W. Bisher*
Rick W. Bisher
rbisher@rbrlawfirm.com
Riley Marie Bisher
riley@rbrlawfirm.com
**RYAN, BISHER, RYAN & SIMONS**
4323 N.W. 63rd Street, Suite 110
Oklahoma City, OK  73116
**ATTORNEYS FOR PLAINTIFF**

1

        *s/ Joseph T. Acquaviva, Jr.*
Joseph T. Acquaviva, Jr., OBA #11743
JTAcqua@wcalaw.com
Zachary K. Housel, OBA #32802
Zach@wcalaw.com
**WILSON, CAIN & ACQUAVIVA**
300 Northwest 13th Street, Suite 100
Oklahoma City, OK 73103
 (405) 236-2600 (O); (405) 231-0062 (F)
**ATTORNEYS FOR DEFENDANT, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**

## **CERTIFICATE OF SERVICE**

__X__   I hereby certify that on the 13th day of February, 2019, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Rick W. Bisher
Riley Marie Bisher
**RYAN, BISHER, RYAN & SIMONS**
4323 N.W. 63rd Street, Suite 110
Oklahoma City, OK  73116
rbisher@rbrlawfirm.com
riley@rbrlawfirm.com
**ATTORNEYS FOR PLAINTIFF**

_____   I hereby certify that on the _____ day of _____, 2019, I served the attached document by certified mail, return receipt requested, with proper postage prepaid thereon to the following:

        *s/Joseph T. Acquaviva, Jr.*
        Joseph T. Acquaviva, Jr.